FILED

2025 MAY 20 PM 2:59

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY:_____

N/S

Robert L. Manning
Attorney:
14029 Hawthorne Blvd.,
Hawthorne, California, 90250
(310) 594-9529
Website: https://www.connectedtothemoney.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:25-CV-04532-MEMF (BFMx)

Robert L. Manning,

     Plaintiff,

       vs.

Westlake Financial Services, LLC, Fred
Loya Insurance Agency, Inc., a.k.a. Loya
Casualty Insurance Company, Diaz Avilez
Ernesto, an individual, Wells Fargo Bank,
National Association,
Ismael Hernandez, an Individual, ISH Auto
Craft Corporation, a.k.a. Schraders Auto
Craft, Ron Sachs, an individual,
     Defendants,
and does one through ten,

     Defendant (s.)

18 U.S. Code § 1341
(Frauds and Swindles)

COMPLAINT

1.  Plaintiff, Robert L. Manning (hereinafter "Plaintiff") is and at all times herein
    mentioned, was a resident of the City of Los Angeles, County of Los Angeles, and
    State of California.

2.  The Plaintiff is informed and believes, and based upon such information and belief,
    thereon alleges, Defendant Westlake Financial, LLC., was and is and at all times
    mentioned, is doing business in the Jurisdiction where allegations are being
    alleged, situated at: 4751 Wilshire Blvd., Los Angeles, California, 90010, Los
    Angeles County (hereinafter "Westlake")

3.  The Plaintiff is informed and believes, and based upon such information and belief,
    thereon alleges Defendant Fred Loya Insurance Agency, a.k.a., Loya Casualty
    Insurance Company, was and is and at all times mentioned, doing business in
    California based in Texas: 1800 Lee Trevino, El Paso, Texas, 79936 (hereinafter
    "Fred Loya").

4.  The plaintiff is informed and believes and based upon such information and belief,
    thereon alleges that, Defendant Diaz Avilez Ernesto, an individual, caused the
    accident in Compton, California, and resides at:

5.  The plaintiff is informed and believes and based upon such information and belief,
    thereon alleges that Defendant (s), Wells Fargo Bank, National Association, is
    doing business in California, situated at: Corporation Service Company (CSC)
    Gateway Oaks Dr. #150 N., Sacramento, California, 95833 (hereinafter "Wells
    Fargo").

6.  Plaintiff is informed and believes and based upon such information and belief,
    thereon alleges that Defendant, Ismael Hernandez, an individual, did and still is
    working at: 950 West Foothill Blvd., #4, Azusa, CA, 91702 (hereinafter "Ismael
    Hernandez").

COMPLAINT

7.    The plaintiff is informed and believes, and based on such information and belief, thereon alleges that, defendant (s) ISH Auto Craft Corporation a.k.a. Schraders auto Craft, is sued herein and are in some manner responsible for acts of Fraud and Swindles, situated at: 950 West Foothill Blvd., #4, Azusa, California, 91702.

8.    Plaintiff is informed and believes, and based on such information and belief, thereon alleges that, defendant Ron Sachs is working in concert with alleged conspiracy of Fraud and Swindel as alleged, situated at: Lien Sale Service, P. O. Box 9334, N. Hollywood, California, 91609.

9.    At all times herein mentioned, Plaintiff is informed and believes and, based on such information and belief thereon alleges that Defendants, and each of them, were agents, employees and servants of each other and were acting within the course and scope of said agency, employment or service, and with the permission and consent of each other defendants.

10.    Plaintiff will amend this complaint as to the as does one through ten, upon obtaining pending information.

COMPLAINT

9. On 12-02-24, defendant Diaz Avilez (DMV Record / Ernesto Diaz Avilez: Loya Casualty Insurance Company, Record) hit Plaintiff's vehicle near 4300 East Compton, California, 90221, causing damages to the vehicle, and injuries to Plaintiff.

**(See exhibit A: Fred Loya estimate)**

10. Plaintiff, having been injured and suffering from varies medical injuries, granted his dad and "star" witness authorization to handle all of his automobile affairs. Plaintiff's "star" witness soon discovered that defendant Ernesto Diaz Avilez had filed a False Claim against his and Plaintiffs' insurance company claiming he was not at fault. However, after Plaintiff sent the "star" witness evidence that this was not true, the "star" witness then sent this information to the defendant's insurance company, defendant Fred Loya Insurance Company / defendant Loya Casualty Insurance Company. And defendant Fred Loya began investigating, however, and mind the Court, as this point in the Claim, defendants Ismael Hernandez and Schraders Auto Craft is charging defendant Fred Loya the Legal amount allowed under California Law, according to the defendant, which is $200.00 per day for (Total Loss Amount) the storage fees. Nor are these fees to legally be allocated onto Plaintiff either, according to California Law.

11. On or about 12-16-24, 3:13 pm, Pacific Time, defendant Fred Loya's employee, Mr. Hose, identification number: 11910 stated, in Part (Laughing after receiving the truth from Plaintiff): "Fred Loya Insurance Company would like to extend our apologies for our insured Ernesto Diaz Avilez. We are accepting full liability, no worries about that. You should be receiving a call from our property damage department real soon now." **(See A)**

12. On or about 01-22-25, defendant Fred Loya Insurance Company's employee, Mr. Miguel Garcia (956) 393-2717, stated that defendant Fred Loya needed to inspect the vehicle at the body shop before they could make any type of offer to repair the vehicle. Plaintiffs' "star" witness, again, sent over the body shop's contact information, defendants: Ismael and Schraders Auto Craft. A few days had later, the "star" witness called defendants Fred Loya (Mr. Miguel Garcia) to confirm their inspection at the body shop? The defendant then stated, in part:

COMPLAINT

"Oh! We're going to use our own "Process." Plaintiff's "star" witness then interrupted the defendant, in part: "Sir, I gave you what you asked for to go out and check the car properly, did you do that?" Defendant Fred Loya (Mr. Miguel Garcia), in part: Oh! We don't have agents that go that far out to places like the Congo boondockies! (The "star" witness took this as a racial slur). He continued, in part: "Someone from our total loss dept will contact you!" He then hung up.

13. Immediately, the "star" witness called defendant Ismael Hernandez, and asked "if he ever had any Fred Loya situations whereas they came out and inspected cars of clients of his, because Fred Loya just said his shop is too far. The Congo Boondoockies? Defendant Ismael Hernandez / defendants Schraders Auto Craft, stated, in part: "He said what? He's lying. We have Fred Loya crooks out here all the time inspecting cars. I have a list of them I can prove. Bro, they're playing you. This is just like your AAA situation when someone hit your car a few years back, they didn't pay you then either. Bro, I think they have some crooked systematic stuff going against you … I've never experienced the type of resistance you're receiving in similar situations. No disrespect, but ever since you should me that stuff you're doing with your inventions and stuff, I think you're right. They're stealing your intellectual properties and everything around you to keep you down. Bro, they're making your whole life unfair. I can only imagine. Pont taken: remember when AAA wanted to get to the "Crash Box?" I never got that from insurance companies until your situation. And think about it. Why didn't Fred Loya do the same, come down to my Them and Westlake Financial. And that "Crash Box???" Man, that's privacy violation. They're placing these boxes in people's cars without telling them that they're there, that's illegal; the dealerships, the car lots, all of them. Kind of like that Brainwave Colorado Act you told me about. All that!  And You know why, because they're doing Fraud. This is way past the "Siri" and "Alexus" class action lawsuits. They're listening in just to steal, that's how they knew to steal the "Repair" check. I bet Judges from everywhere doesn't have a clue about a "Crash Box." And the ones that do, watch out! On thing is for sure, you didn't just stumble across light speed vehicles in that military document you have – they didn't get that to you until 6 years later. Again, that's more Fraud and Swindel evidence. Then the Fred Loya's

"pick up" dept. ((915) 444-1061). You know they kept trying to come down here and get the car without your authorization – GTA! Yeah, I moved the car …and I know I should have told you. My bad, I was wrong for that. Burt all that …Fred Loys never requested to come out to capture "Crash Box" data on the "Audi." They didn't have to necessarily go straight to the frame right now, they could have come out and taken pictures and then plugged into the OBM and seen that their insured caused what damages to what area, how bad it was, and what percentage towards being deemed a total loss. If they deem the car a total loss especially some "process" and not coming to look at the car for themselves like they always do. That tells me Fraud is the horizon, that they're conspiring together, and something and someone diverted them from coming. They said they don't drive out to the CONGO BOONDOCKIES? That's crazy and racist!" See 18 USC / RICO.

14. The attorney handling Plaintiffs' bodily injuries is: Noravian Law Firm. Noravian Law Firm will be testifying on behalf of the Plaintiff and showing how defendant Fred Loya Insurance Company is a Fraudulent behaving Company especially to black people. That they conspire against blacks all the time along with all of the defendants with their respective business dealings, appearing to be in bed together. They are currently trying to expedite Plaintiff's case so that defendant Scheders Auto Craft will not wrongfully take Plaintiffs' car for storage fees, in which defendant Ismael Hernandez himself stated Plaintiff does not owe him. Again, according to defendant Ismael Hernandez, defendant Fred Loya owes him for the storage. However, after defendants: Ismael Hernandez, defendants Ron Scahs, Schraders Auto Craft, and Lien Sales Services filed documents with the department of motor vehicles (DMV), this seems like a lie.

**(See exhibit B: defendant Schraders paperwork)**

Plaintiff's "star" witness witnessed Defendant Ismale Hernandez and defendant Westlake Financial on the telephone aprox. one week prior before defendant Fred Loya mailed out the "Repair Check." The "meeting of the minds" so to speak, defendant Westlake Financial was to release the "Repair" check to defendant Ismale Hernandez and defendant Schraders Auto Craft after defendant Ismael Hernandez and defendant Schraders Auto Craft submitted Internal Revenue Service (IRS) W-9 paperwork; the original estimate; and other documents defendant

COMPLAINT

Westlake Financial requested from defendant Ismale Hernandez, and defendant Schraders
Auto Craft. Defendant Westlake Financial, in part:" After we've received all those documents,
and after you've proven that you've completed 90% of the "Repairs," Westlake Finical will send
over the "Repair" check." At first defendants Ismale Hernandez appeared to have had a problem
with defendants' demands for him to have 90% of the work completed, but he then stated "he
had no problem with it." He agreed to the terms, but he [never] met the terms yet he's falsely
seeking money from the Plaintiff. Plaintiff contacted the "star" witness to get an update.
However, the "star" witness "RLMJTK," discovered that defendant Ismael Hernandez and
defendant Schraders Auto Craft never done anything to Plaintiff's vehicle besides move it to an
unknown location without their authorizations. In fact, the vehicle is still in an unknown location.
This is a violation of the original agreement Plaintiff made with defendant Ismael Hernandez,
and defendant Schraders Autocrat. In fact, defendant Ismael Hernandez violated Laws that
could be misconstrued as violating California Penal Code 487 (d)(1), up to and including Frauds
and Swindells **18 USC § 1341 (further explained: hereon throughout)** .

15. Sometime soon after 02-14-25 defendant Westlake Financial asked Plaintiff to endorse the
check to them so that they could proceed with paying the body shop. However, when the "star"
witness arrived, defendant Westlake Financial had defendant Wells Fargo and their colleagues
to Forge and or commit Fraud and or endorsed the "Repair" check without it being Legally
endorsed. This was nothing less than malicious. With all of his on time car payment never late
on payment even to this day, Plaintiff has never been behind on car payments. Defendant Fred
Loya has proven shown the appearance of conspiring so that they too could get a piece of the
money and or the vehicle. And defendant Wells Fargo, who taken the initial complaint after
they're the party on top of the "Repair" check – the check has to "Clear" through them, they are
in Violation: Penal Code 476, and 18 USC § 1004, § 18341, §1349, and §1343 – "Wire Fraud
(s)."

**(exhibit C: "Repair Check" / none endorsement)**

16. Basically, and according solely to the "star" witness, after defendant Wells Fargo agreed that
defendant Westlake Financial conducted a fraudulent Act, sometime later defendant Wells

Fargo discovered they had some dealings with the "star" witness in the past. And not completing their investigation of the "Repair" check and it not being properly endorsed, and or closing their investigation on Fraud they were first adamant about, it was and or is retaliation. In support: Defendant Wells Fargo was engaged in a major Fraud and conspiracy involving a inside "wire" Fraud job. The enclosed banking transaction totaling $1,851,508.00, Real Property "Mineral Rights" owned by the "star" witness, became mixed up in alleged embezzlement. As defendant Wells Fargo and Lawyer's Title (Orange County) in conjunction with Chicago Title's Dave Balassi, taken the" star" witness "Mineral Rights" off of APN 6038-0-004-002 – APN, and placed APN 6038-047-002 in its stead so that the Loans in escrow could appear "Clear Title." According to Plaintiffs' "star" witness, the "star" witness was falsely questioned by the Federal Bureau of Investigations Agents (FBI), and or falsely imprisoned as to his connection to the $1.8 Million dollar that defendant Wells Fargo appears to be embezzling? According to the FBI, relative to the Legal "Mineral Rights" deed they had pulled from the County registrars, they wanted to know the "star" witnesses connections to the real property? Slamming down documents to combat the FBI's appearance of viewing the "star" witness as some guilty party, which he's far from, the "star" witness then stated, in part: "After the 110 Freeway expansion project escrow was opened, and the relocation of that transaction taken place. However, a part of that deal was that we [shall] retain 100% ownership of our "Mineral Rights," potential hydrocarbons or whatever it may or may not be, situated 500 Feet underneath the real property. Thus, the State of California's acquisition dept., at the time, had "no problem" with that and made all of the necessary signed documents. In fact, documents you already have in your hands. After I found out someone had taken [my] "Mineral Rights" deed – probably worthless, but the principle, off title to 8925 South Flower Street, Los Angles, California, 90003, I traced the Fraud to Orange County, Lawyer's Title" (Mr. Glenn in Orange County in conjunction with Chicago Title's Dave Balassi in Los Angles California last known address, situated at the famous 777 Figuereo / 777 Tower Building). And the bank that conducted the transaction was the Bank of Orange County. A bank I soon discovered was also a Fraud. As the bank building itself traced all the way to Fountain Valley, California, and, in fact, the Fountain Valley Police

COMPLAINT

Dept. FBI, in part: "Did you file a complaint with the Foutain Valley Police Dept.?" The "star" witness handed the agents the Fountain Valley Polices' business card with incident number, the deed, and also [with] defendant Wells Fargo's name on it. According to the Police Officer who took the Report of real property APN 6038-0047 really APN 6038-004-002, he said: 'this seems like some serious stuff here, sir. This is above my pay grade. You might want to contact the FBI with this. Also, you might wanna be careful with this type of criminal activity.' " The "star" witness" continued, in part: "Actually, I pretty mush knew that especially considering the Chicago Title/Dave Balassi component, whereas his Lawyer Susan Hutchison was mailing me court papers thru the United States Postal Service with white powdery, Ricin like substances in it, followed by people following me around pumping "Fumes" wherever I sleep. The building manager caught 2 of them on video, running carrying pumping apparatuses with tubes and chemicals, and or the Li Xuming terrorists model. I almost caught a few myself, but they too jumped into a vehicle and blurted away."

**(exhibit D: Wells Fargo documents**)

17. The Agents looked at the "star" witness then proceeded to leave: "Sorry for your inconvenience and the mistaken identity." For a moment there, the "star" witness gazed at the Agents as they walked away to their very tinted vehicle, thinking to himself: "all those / these times, all of the conspiring Acts. Not one. Not one evil person have they approached me with, up to and including those within their agencies. Yet, they approach me over money they think I may have gotten amidst their alleged conspiracies, Wow." Still to this day the "star" witness has yet to receive any type of receipt, and or similar to the 2001 FBI Agent Meredith A. Burke Report (s)- missing still to this day – interrupting the "star" witness's owed pension. Boeing Aircraft Company **BEMSID: 91593.**

18. In Closing: all the defendants conducted alleged and or actual "Fraud" and "Swindling" Acts, amidst an already racists environment their added "snake oil" approaches. The Plaintiff will prove all of these occurrences and or Acts and or alleged Acts, were and are all meant to steal money and everything of worth to Plaintiff.

19. According to the evidence gathered by the "star" witness that will be presented at time of Jury Trial, it is "clear" and very obvious that none of defendants have the Plaintiff's best interest, nor do any of them like the "star" witness. Someone who has experienced and proven many times over all of the discriminatory (alleged) systematic and proven acts of thefts over the years; and or such that illustrated hereon and throughout. The defendant Westlake Finical violated Federal Law as it pertains to Frauds and Swindles when they cashed Plaintiff's check without Plaintiff endorsing the "Repair" check. Their Violations include but are not limited to: 18 USC §1341. And then defendant Fred Loya Insurance committed "wire Fraud" along with said defendants, when they wrongfully printed the check without conducting a visual and professional audit required by Law.

20. Defendant Fred Loya Insurance stated that in order for them to send this type of money over the wire, they have to abide by Federal Laws and audit the physical damages. Defendant Fred Loya violated Federal law when they chose to utilize their own "process" in it's place – then deeming the vehicle a total loss which without looking at it. IT IS NOT. Defendant Fred Loya knew exactly what they were doing in this particular situation, alleged theft by way of Fraud and Swindling involving this unknown and Last second presented "process' they never warned anyone of. This process can only be found with one insurance company as such, defendant Fred Loya. If this is such a special "Process" as defined by defendant Fred Loya Insurance Company / Casualty, et al. state, then there has to be a way to trace it to Federal Law, the United States Patent Office, etc. It is not. And, they have constantly refused to produce evidence in these regards. In support: the defendants furthering with, in part: "Oh, we don't have agents who driveway out to the Congo Boondockies!" Yet defendant Ismael Hernandez stated "he has done business with matters involving defendants Fred Loya. That they're lying, and he has proof defendant Fred Loya has drove out to his shop numerous occasion to inspect vehicles."

21. Defendant Ron Sachs and defendants Lien Sales Services are in violation of 18 USC §1341, Fraud and Swindell. They clearly stated that the Department of Motor Vehicle "Will not start a Lien sale against plaintiff's "Audi" until 4 thru 6 months from the time defendant Ismale

Hernandez and defendants Schraders filed paperwork with them. That his colleagues and or

business partners at Lien Sale Services and defendant Ron Sachs, and the Lady there who

refuse to give her name, are all just conducting a Lien Sale to make defendant Fred Loya

Insurance Company pay for the storages they're legally bound by the State of California to pay.

Further: defendant Ismael Hernandez and defendant Schraders Auto Craft [never] conducted a

tear down of the Plaintiff's vehicle, but he's claiming even $500.00 for that. Defendant Ismael

Hernandez Violations: On one hand defendant Ismael Hernandez comes off as a good business

person who have produced good autobody work in the past, why the "star" witness trusted him.

Then on the other hand, said defendant moves the vehicle without the Plaintiffs' and or the

"star" witnesses' authorization just when defendant Fred Loya Casualty Company began giving

lots of problems, mind the Court, which they created themselves (they in fact delayed the entire

process, apologizing each time their Acts / alleged Acts were called out by the "star" witness

and or Plaintiff, each step of the way / being cornered, all that will be proven at time of Jury

Trial, up to and including said defendant stating "They could not move FWD with the claim

because they could not find or locate their insured, defendant Diaz Avilez Ernesto" even despite

said defendant making 2 claims even before an always timely Plaintiff could make 1 claim. And

when said defendant discovered his untruths were exposed, he suddenly became unable to

locate yet somehow delaying the Ciam, which the Department of Insurance stated, in part:

"They don't need him at this point to move FWD with the claim.")  In fact, the "star" witness

spoke with the Department of Insurance about the storage fess defendant Ismale Hernadez and

defendant Schraders are seeking from defendant Fred Loya somehow now through Plaintiff.

This further supports Plaintiff claims that defendant Ismael Hernandez and defendant Schraders

Auto Craft, along with their friends and or defendants Ron Scahs and defendant Lien Sale

Services as alleged and or actual "Fraud and Swindlers," violating 18 USC § **1341.**

22. Further Violations: According to the "audio" evidence currently retained by the "star" witness,

defendant Westlake Financials Ana Ramerez (Manager) was instructed by her superior Don

Hankey to allegedly steal Plaintiffs' "repair" check. She stated that she was instructed to conduct

an alleged Act of Fraud by way of this Fraud and Swindell to do it plead hereon and throughout.

12

The check in the exhibit clearly has the Plaintiffs' name on it, and the back of the check does not have the Plaintiff endorsing the check, nor was the Plaintiff behind on payments. This was a alleged criminal and illegal Act on behalf of said defendants. It was allegedly racial, and their actions manipulating Plaintiff for months into believing the "Repair" check was his, it was especially malicious nature. The words defendant Ana Rameriez stated her superior stated, in part: "These types of people don't pay their loans on time, take the check." There are no insinuations here. This is actual robbery – proven evidence: the cashed and un-endorsed "Repair" check.

23. All of the defendants have caused the Plaintiff great mental frustration throughout this entire process and continues to do so. The defendant has placed Plaintiff in a position of continued struggling. He's struggling to get back and forth to all the places he needs to get to, and all while being injured by the defendants.

24. The Plaintiff is a hardworking, respectful human being, someone with great mannerisms, and dignity. Plaintiff has been treated unfairly throughout this entire process since he was hit by defendant Diaz Avilez Ernesto on 12-02-24 and has been without a vehicle ever since. In the state of California, especially everything that's plead hereon and throughout, all the defendants have shown evidence of having purposely hindered Plaintiffs' "Right" to his "Privileges" to drive a motor vehicle. This is beyond unfair, and punitive damage are in Order, respectfully your honor.

25. To the United States District Court, Central District, Plaintiff feels that all of the defendants have proven themselves to commit alleged and or actual Fraud and Swindles, violations of the Statue 18USC 1341. Defendant Westlake Financial obvious endorsement of the "Repair" checks in "C" stands clear as well as all of the other defendants acting in concert with willful nature such as the unauthorized moving of Plaintiff's vehicle without his and or the "star" witnesses' permissions. Or as with defendant Diaz Avilez Ernesto suddenly becoming unreachable by defendants Fred Loya Insurance company – after causing the Plaintiff's car damages and injuries after having just filed 2 untrue insurance claims that were later overturned to the truth. As this appears to have caused him to go into hiding – not concerned with owing

the storage fees and or defendant Schraders and defendant Ismale Hernandez refusing to go after said defendant who actually owes the storage fees. It also looks discriminatory. All of the defendants were / are chasing the "Repair check as though it belongs to them when in actuality it belongs to the Plaintiff – supported by the evidence plead hereon and throughout. To the District Court: all element of the Statue has been satisfied:

The essential elements of an offense under 18 U.S.C. § 1341 are (1) the existence of a scheme to defraud; (2) the participation by the defendant in the particular scheme charged with the specific intent to defraud; and (3) the use of the United States mails in furtherance of the fraudulent scheme. United States v. Hannigan, 27 F.3d 890, 892 (3d Cir. 1994); see also United States v. Riley, 621F.3d 312 (3d Cir. 2010) (stating elements); United States v. Pharis, 298 F.3d 228, 234 (3d Cir. 2002); United States v. Copple, 24 F.3d 535, 544 (3d Cir. 1994). In United States v. Pearlstein, 576 F.2d 531, 537 (3d Cir. 1978), the court explained that the prosecution must establish either that the defendant devised the fraudulent scheme or that the defendant "willfully participated in it with knowledge of its fraudulent nature."

Jury Trial Demanded

Plaintiff, Pro Se

COMPLAINT

## Demand

1. For the Violation of Fraud and Swindles, 18 USC 1341, the Plaintiff seeks general damages in the amount of $100,000.00 (One Hundred Thousand USD).
2. Plaintiff seeks punitive damages for the violation of Fraud and Swindles, 18 USC 1342, in the amount of $100,000.00 (One hundred dollars / USD).

## Declaration

Plaintiff declares under penalty of perjury that to the best of his knowledge, he believes, while guided by the "star" witness in every aspect of this Claim and or the person responsible for delivering the truth to this Court, that the forgoing is true.

Dated: 05-20-24

Plaintiff, Robert L. Manning, in Pro Se

COMPLAINT

# LOYA CASUALTY INSURANCE COMPANY

P.O. Box 972450    El Paso, TX 79997
(800) 880-0472

January 27, 2025

72 / 810390691
ROBERT MANNING
6648 GALE AVE
LONG BEACH, CA 90805

RE:    Policyholder    : ERNESTO  DIAZ AVILEZ
       Claim Number  : 72 - 0000472881
       Date of Loss   : 12/2/2024
       Claimant       : ROBERT MANNING
       Vehicle        : 2016 AUDI A320 WAVA7GFF8G1077995
       Cause of Loss  : Collision

Dear ROBERT MANNING:

Please be advised that your vehicle has been deemed a total loss. We have completed a market survey and after careful review have determined the Actual Cash Value (ACV) of your vehicle.

Below is the summary of your claim settlement

| OPTION 1: TITLE RELEASE SETTLEMENT |
|---|

1)  To transfer ownership and possession of the vehicle to LOYA CASUALTY INSURANCE COMPANY.

If we pick up the vehicle:

| | |
|---|---|
| $ 8,260.00 | (+)Base ACV Value |
| $ 0.00 | (+)Prior Damage |
| $ 0.00 | (+)Vehicle Condition |
| $ 0.00 | (-)Tires |
| $ 8,260.00 | (=)ACV |
| $ 784.70 | (+) Tax |
| $ 15.00 | (+) DMV Fee |
| $ 83.00 | (+) Vehicle License Fee Refund |
| $ 9.00 | (+) Smog Fee |
| $ 9,151.70 | (=) Subtotal |
| $ 0.00 | (-) Deductible |
| $ 0.00 | (-) Comp Neg |
| $ 500.00 | (-) Key |
| $ 0.00 | (-) Loss Mitigation |
| $ 8,651.70 | (=) Subtotal |
| $ 0.00 | (-) Initial repair Check |
| $ 8,651.70 | (=) Total Title Release |
| $ 0.00 | (-) Payout to Lienholder |
| $ 8,651.70 | (=) Balance To Client |

Exhibit A

| OPTION 2: OWNER RETAIN SETTLEMENT |
|---|



**Schraders Auto Craft**
Ismael@SchradersAutoCraft.com
950 W Foothill Blvd Unit 4, Azusa, CA 91702
Phone: (626) 506-0854

PartsShare:                    8hNZZ6
State EPA:
BAR:

## Final Bill

### RO Number: 1246

| | | | | | |
|---|---|---|---|---|---|
| Customer: | Insurance: | Adjuster: | Raquel - FRED | Estimator: | ismael Hernandez |
| MANNING, ROBERT LAYFAETTE | FRED LOYA INSURANCE AGENCY | Phone: | (915) 629-6219 Other | Create Date: | 12/12/2024 |
| 950 W FOOTHILL BLVD | | Claim: | 72-0000472881 | | |
| AZUSA, CA 91702 | LA PUENTE | Loss Date: | | | |
| (213) 570-2518 | | Deductible: | | | |

2016 AUDI A3 Premium FWD 4D SED 4-1.8L Turbocharged Gasoline Gasoline Direct Injection

| | | | | |
|---|---|---|---|---|
| VIN: | WAUA7GFF8G1077995 | Interior Color: | Mileage In: | Vehicle Out: |
| License: | | Exterior Color: | Mileage Out: | |
| State: | | Production Date: | Condition: | Job #: |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TTL | | STORAGE 12/12-1/23 | 42 | 8,400.00 | Other | | | |
| 2 | TTL | | TEARDOWN | 1 | 595.00 | Other | | | |
| 3 | TTL | | DIGNOSTIC | 1 | 100.00 | Other | | | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|---|---|---|---|---|---|
| Miscellaneous | | | | | 9,095.00 |
| **Subtotal** | | | | | **9,095.00** |
| Sales Tax | | | | | 0.00 |
| **Grand Total** | | | | | **9,095.00** |
| **Net Total** | | | | | **9,095.00** |

| Estimate Version | Total $ |
|---|---|
| Original | 11,532.75 |
| Supplement TTL | 9,095.00 |
| | |
| Insurance Total $: | 9,095.00 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 9,095.00 |
| | |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

WE APPRECIATE YOUR BUSINESS.

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

ISH AUTO CRAFT CORPORATION

**2** Business name/disregarded entity name, if different from above

SCHRADERS AUTO CRAFT

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☑ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

950 W FOOTHILL BLVD #4

**6** City, state, and ZIP code

AZUSA, CA 91702

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

9 3 – 2 5 4 7 9 7 6

---

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶    ISMAEL HERNANDEZ    Date ▶    3/19/2025

---

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)



## Lockbox - Transaction Images

**Transaction 1 Summary**

Check 1 Front Image



VISION MANAGING GENERAL AGENCY, INC.
FOR LOYA CASUALTY INSURANCE COMPANY

Frost Bank        30-9/1140        40546175
Fort Worth, TX

CLAIMS ACCOUNT
1800 LEE TREVINO
EL PASO, TEXAS 79936

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 6 MONTHS FROM DATE OF ISSUE.

PAY * SIX THOUSAND ONE HUNDRED AND SIXTY NINE DOLLARS AND 21/100

TO THE ORDER OF   WESTLAKE FINANCIAL SERVICES AND ROBERT LAYFAETTE MANNING     6,169.21     02/14/25

PO BOX 997592
Sacramento, CA 95899-7592

COMMENTS: ITEMS PENDING IF SETTLING ON RETAIN
VEHICLE TO BE REMOVED FROM BODY SHOP
REASON: PROPERTY DAMAGE PAYMENT YMM
Liability - Property Damage

CHECK AMOUNT

AUTHORIZED SIGNATURE

⑈0040546175⑈ ⑆114000093⑆ 650031577⑈

Check 1 Back Image



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

June 18, 2021

Robert L Manning
4207 W El Segundo Blvd
Hawthorne, CA 90250

Subject: Response to your inquiry concerning property address: 8925 S Flower, Los Angeles, CA 90003

Dear Robert L Manning:

Thank you for the opportunity to address your concerns. We want you to know we're here to help. We're responding and want to make sure you have the information you need.

**In the communication received, you expressed concerns about:**

- Construction loan denial
- Foreclosure concerns and your welfare
- Wells Fargo's integrity

We are providing our response to your concerns below.

We've determined the account was handled properly and no corrections are needed as no error has occurred. We'd like to provide you with more information about our resolution.

**Construction loan denial**

You explained that you were denied for a construction loan to a piece of property that legally belongs to you under the fair housing act.

We're unable to find an application with us in your name. We'll need additional details to assist you further. Please send us as much of the following information as possible to help find your account:

- All customer names
- The property address
- The account application number
- The name and phone number of the consultant or representative you worked with
- The city and state of the Wells Fargo Home Mortgage office location

You may submit this information by fax or mail to:

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306
Fax: 1-866-278-1179

We can confirm that a lead from Premier One came in for a primary occupancy purchase on June 11, 2021, for a program/product not available making the loan to be unworkable.

S09/co12158355/cl708

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

exhibit d 1

Manning
June 18, 2021
Page 2

**Foreclosure concerns and your welfare**

You explained that Wells Fargo has your Assessor's Parcel Number and your name associated with a foreclosure sale for the property located at 8925 S Flower St, Los Angeles, CA 90003. You feel that your life has been in danger and threatened while investigating the foreclosure sale. We're unable to find any records for a foreclosure sale in your name or for the property address located 8925 S Flower St, Los Angeles, CA 90003. The Assessor's Parcel Number is a tax identification number, assigned by the County Tax Collector, in order to pay yearly county/supplemental property taxes on the property.

Please be advised that our foreclosure files are not associated with the Assessor's Parcel Number. The only department that uses the Assessor's Parcel Number is the Escrow/Tax Team.

If you have concerns regarding your welfare you may want to work direct with your local police department.

**Wells Fargo's integrity**

You stated that Wells Fargo was found guilty for money laundering.

Wells Fargo is committed to rebuilding trust with our customers and has made substantial improvements over the last year including, but not limited to:

- Increased transparency by making system and process enhancements
- Conducting independent reviews of our retail sales practices

We recognize there's more work to be done and our efforts are ongoing. We remain focused on helping our customers succeed financially and apologize your trust in us has been tested. We encourage you to visit our website at www.wellsfargo.com/commitment/ to learn more about the actions we're taking.

After a thorough review of your concerns, we're unable to find any evidence of any money laundering being completed by Wells Fargo. If you can provide the specific details about how money laundering was committed, please send them to us by fax or mail to the address and fax number provided in the correspondence.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concern you've brought to our attention. If you have any questions, or if you'd like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at 704-248-4672. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Taylor Cochran
Case Specialist
Home Lending Executive Office
S09/co12204642/clNA

RECORDING REQUESTED BY:

FIRST AMERICAN TITLE INSURANCE COMPANY

AND WHEN RECORDED MAIL TO:
Wells Fargo Bank - Hansen
100 E. Wisconsin Ave.
Milwaukee, WI 53202

Forward Tax Statements To:
The Address Given Above

*FRAUD APN: 6038-047-002,
ACCORDING TO LOS ANGELES
COUNTY TAX ASSESSOR'S
OFFICE*

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 10-9772-01
Loan #: 1344342321-208

## TRUSTEE'S DEED UPON SALE

Transfer Tax: $0.00

A.P.N.: 6038- 047-002 and 6038-004-039
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION
CODE, SECTION 480.3"
The Grantee Herein was The Foreclosing Beneficiary.
The Amount of The Unpaid Debt was:    $1,851,508.08
The Amount Paid By The Grantee was:        $192,120.45
Said Property is in the City of Los Angeles, County of Los Angeles

*ORTIZ INVESTMENTS
INCORPORATION, A
CALIFORNIA CORPORATION's
OWNER: EVARISTO ORTIZ.*

WT Capital Lender Services, as Trustee, (whereas so designated in the Deed of Trust hereunder more
particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Wells Fargo Bank, National Association

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest
conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county
of Los Angeles, State of California, described as follows:

THE WEST 40 FEET, FRONT AND REAR OF THE EAST 320 FEET, FRONT AND REAR, OF ALL OF
LOT(S) 131 OF J A. KEENEY'S REPLAT OF PARTNERSHIP OF SUNNY SIDE, IN THE CITY OF LOS
ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 6
PAGE(S) 169 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, ALONG
WITH

THAT PORTION OF LOT(S) 131 OF J A. KEENEY'S REPLAT OF PARTNERSHIP OF SUNNY SIDE, IN THE
CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
RECORDED IN BOOK 6 PAGE(S) 169 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF THE WEST 40 00 FEET OF THE EAST 320 00
FEET OF SAID LOT, THENCE ALONG THE WESTERLY LINE OF SAID WEST 40 00 FEET, SOUTH
0°03'47" EAST, 150 91 FEET TO THE SOUTHWESTERLY CORNER OF SAID WEST 40.00 FEET, THENCE

WELLS FARGO BANK FRAD

Halder,
Priyanka

Enterprise Customer Impact Platform

# Enterprise Customer Impact Platform

Submit New Impact        Search        FRAD COMPLAINT
(CHECK)

The Impact was successfully submitted

Interaction ID

INTP-032425-776765b4a7c0

Complaint ID

CMPP-032425-f828874ec583

Complaint Type:

LOB Escalated Complaint

Submit New Impact

Check casted on
2-24-25
so the whole time
westlake financial was
speaking to me, and
the body shop,
they were conducting
fraud.

— Frost bank : Blithe

Exhibit 14